1  **THORNDAL, ARMSTRONG, DELK,**
   **BALKENBUSH & EISINGER**
2  Brian K. Terry, Esq.
   Nevada Bar No. 3171
3  Michael P. Lowry, Esq.
   Nevada Bar No. 10666
4  1100 East Bridger Avenue
5  P.O. Drawer 2070
   Las Vegas, NV 89125-2070
6  Tel.: (702) 366-0622
   Fax: (702) 366-0327
7  E-mail: bterry@thorndal.com
8  E-mail: mlowry@thorndal.com
   Attorneys for Defendant,
9  J.C. Penney Company, Inc.

10

11                **UNITED STATES DISTRICT COURT**

12                      **DISTRICT OF NEVADA**

13  ELISA HELENA FRICKX,              Case No.: 2:14-cv-00605-LDG-NJK

14                  Plaintiff,

15  vs.

16  J. C. PENNEY COMPANY, INC.; and
    DOES 1 through 10 and ROES 1-10,
17  Inclusive,

18                  Defendants.

19

20  ────────────────────────────────

21         **STIPULATION TO DISMISS WITHOUT PREJUDICE**

22         The parties to this matter stipulate as follows.  Defendant, J. C. Penney Company, Inc.

23  withdraws its motion to dismiss or transfer venue.  Plaintiff, Elisa Helena Frickx, dismisses her

24  complaint, without prejudice.  The parties will bear their own fees and costs.

25  / / /

26  / / /

27  / / /

28
                                -1-

| | |
|---|---|
| Dated this 6th day of May, 2014. | Dated this 6th day of May, 2014. |
| RICHARD HARRIS LAW FIRM | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| */s/ Jonathan R. Hicks* | */s/ Brian K. Terry* |
| Jonathan R. Hicks, Esq.<br>Nevada Bar No. 9584<br>801 South Fourth Street<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiff, Elisa Helena Frickx | Brian K. Terry, Esq.<br>Nevada Bar No. 3171<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>P.O. Drawer 2070<br>Las Vegas, NV 89125<br>Attorneys for Defendant, JC Penney Company, Inc. |

## **ORDER**

UPON STIPULATION of the parties, case 2:14-cv-00605-LDG-NJK is dismissed without prejudice, each of the parties to pay their own fees and costs.

IT IS SO ORDERED.

_____
United States District Judge
Lloyd D. George

DATED: _____ May 2014

Submitted by:

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

*/s/ Brian K. Terry*

_____
Brian K. Terry, Esq.
Nevada Bar No. 003171
Michael P. Lowry, Esq.
Nevada Bar No. 10666
1100 East Bridger Avenue
P. O. Drawer 2070
Las Vegas, NV 89125-2070
Attorneys for Defendant,
J.C. Penney Company, Inc.
Tel: (702) 366-0622
Fax: (702) 366-0327

-2-